Max W. Kraus, Respondent, *v.* G. & E. Realty Co., Inc., Appellant.

*Negligence — landlord and tenant — tenant injured by falling through opening in storm door the glass in which had been broken and removed.*

*Kraus v. G. & E. Realty Co., Inc.,* 213 App. Div. 819, affirmed.

(Argued October 22, 1925; decided November 24, 1925.)

Appeal from a judgment, entered April 10, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint and reinstated said verdict. The action was to recover for personal injuries alleged to have been sustained by the plaintiff, at about six o'clock in the evening of January 19, 1921, when he fell through the empty framework of a storm door of an apartment house of which he was one of the tenants and defendant the landlord. The glass in the door had been broken during a storm and plaintiff in pressing against the door to open it fell through the opening and received the injuries complained of.

*John Vernou Bouvier, Jr.,* and *Alfred W. Andrews* for appellant.

*Frederick J. Moses, Achilles H. Kohn* and *Aaron B. Coleman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Andrews and Lehman, JJ. Absent: Crane, J.

───────────

The People of the State of New York, Respondent, *v.* John Walz, Appellant.

*Crimes — manslaughter in second degree — judgment of conviction affirmed.*

*People v. Walz,* 212 App. Div. 840, affirmed.

(Argued October 23, 1925; decided November 24, 1925.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department,